```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                  FORT PIERCE DIVISION
              CASE NO. 13-14032-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

**ALCIDEMAR ALVES DOS SANTOS,**

        Defendant.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on August 1, 2013. A Report and Recommendation filed on August 5, 2013 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Two of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of September, 2013.

                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Courtney Coker, AUSA
        Panayotta Augustin-Birch, AFPD
```